NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FUJITSU LIMITED,**
*Plaintiff-Appellant,*

**v.**

**TELLABS, INC., TELLABS OPERATIONS, INC., AND TELLABS NORTH AMERICA, INC.,**
*Defendants-Appellees.*

---

2013-1052

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 09-CV-4530, Judge James F. Holderman.

---

**ON MOTION**

---

**O R D E R**

Fujitsu Limited moves without opposition to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

FUJITSU LIMITED V. TELLABS, INC.                                          2

(2) Each side shall bear its own costs.


                                        FOR THE COURT


                                         /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s21

Issued As A Mandate: <u>March 26, 2013</u>